UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | C.A. NO. C-05-313 |
| VINCENT M. THOMAS | § § | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT JUDGMENT

On October 21, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 6). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motions for entry of default judgment of September 26, 2005 and October 18, 2005 (D.E. 4,5) are denied.

ORDERED this ___8___ day of ___December___, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE